# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** September 25, 2024

**CASE OF:** In Re: Amendments to Florida Rules of General Practice and Judicial Administration

**DOCKET NO.:** SC2023-1321

**OPINION FILED:** August 29, 2024

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 16, line 6, inside the parentheses, "f" was changed to a struck-through "f," and an underlined "g" was added.

**SIGNED: OPINION CLERK**